UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA



| | | |
|---|---|---|
| DWAYNE M. MURRAY, ET AL. | * | CIVIL ACTION NO. 06-617 |
| | | C/W 07-CV-00964 |
| | * | |
| | | SECTION: D |
| VERSUS | * | JUDGE: JAMES J. BRADY |
| | | |
| ROYAL ALLIANCE ASSOCIATES, | * | MAGISTRATE: (2) |
| INC., ET AL. | | CHRISTINE NOLAND |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | JURY TRIAL DEMAND |

## ORDER

Considering the foregoing Joint Motion and Stipulation to Arbitrate of Royal Alliance and Dean Bordelon,

IT IS HEREBY ORDERED AS FOLLOWS:

1.

All claims of Royal Alliance and Dean Bordelon in the captioned consolidated proceeding against each other are stayed pending resolution of the arbitration proceeding before FINRA Dispute Resolution, Inc. (the "Arbitration" or the "Arbitration Proceeding") or further Order of this Court.

2.

Consistent with that stay, Royal Alliance and Dean Bordelon shall not seek further discovery including any depositions against each other in the captioned consolidated proceeding, unless the stay is lifted and this proceeding is reopened.

3.

Royal Alliance and Dean Bordelon shall have the right to seek lifting of the stay and to reopen this proceeding to litigate the claims against each other if for any reason the Arbitration

Panel in the Arbitration Proceeding determines that any of the claims that Royal Alliance and Dean Bordelon have asserted against each other in the captioned consolidated proceeding are not eligible for arbitration in the Arbitration Proceeding.

4.

In accordance with the stipulation of Royal Alliance and Dean Bordelon in their Joint Motion and Stipulation, it is hereby ordered that in connection with the Arbitration any statute of limitations, prescription, or eligibility periods and any other time bar defenses are tolled or interrupted as of October 26, 2005 which was the date of the filing by Royal Alliance of its original Third Party Complaint in the captioned consolidated proceeding.

Baton Rouge, Louisiana, this 13th day of January, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE